**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:17-23847-CIV-KING/REINHART

THOMAS COOK,

    Plaintiff,

v.

JULIE L. JONES, *et al.,*

    Defendant(s).
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
**AND AFFIRMING REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court on the November 12, 2020 *sua sponte* Report and Recommendation ("R&R") (DE 113) of Magistrate Judge Bruce E. Reinhart.

The R&R recommends dismissing Plaintiff's *pro se* Civil Rights Complaint (DE 1) pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute by failing to comply with the Court's Order (DE 111) requiring a response to the motions for summary judgment. *See generally* R&R. The extension of time Plaintiff was granted (DE 115, 119) to respond to the summary judgment motions has expired; no response has been filed. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reinhart's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.     Magistrate Judge Bruce E. Reinhart's November 12, 2020 Report and Recommendation **(DE 113)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an order of this Court.

2. This case is **DISMISSED without prejudice**.

3. Defendants' Motions for Summary Judgment **(DE 107-108)** are **DENIED AS MOOT.**

4. The Clerk shall **CLOSE** this case.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of January, 2021.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc: Magistrate Judge Bruce E. Reinhart
All counsel of record
Clerk of the Court
Thomas Cook, *pro se*